United States District Court

Eastern District of California

Saechao,

      Petitioner,                    No. Civ. S 03-1433 DFL PAN P

  vs.                              Order Re Request for Status

D.L. Runnels,

      Respondent.

-oOo-

    Petitioner has written to inquire about the status of his petition for a writ of habeas corpus.  He filed and served a traverse January 7, 2004, and his petition has been under submission for decision since then.

    This court has over 80 habeas petitions under submission and nearly half have been pending decision longer than petitioner's. The court cannot say when this case will be decided but can assure petitioner his matter has not been forgotten and that earnest efforts are being made to provide decisions in these

1 cases as soon as possible.

2    So ordered.

3    Dated:  September 20, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge