IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOUT SAECHAO,

    Petitioner,                    No. CIV S-03-1433 ALA HC

    vs.

D.L. RUNNELS, Warden, et al.,      ORDER

    Respondents.

_____/

    Pending before the court is Petitioner Tout Saechao's *pro se* application for a writ of habeas corpus under 28 U.S.C. § 2254.

    The parties have not addressed the question of whether the doctrine of adequate and independent state grounds bars our review of Petitioner's challenge to the jury instructions in his State trial, as stated in Grounds I & III of his petition. However, a federal court may raise the issue of procedural default *sua sponte* if doing so furthers the interests of comity, federalism, and judicial efficiency. *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998). Here, Petitioner failed to make a contemporaneous objection to the jury instructions challenged in his federal habeas petition. Petitioner's failure to object may have resulted in a procedural default of any challenge relating to the alleged instructional error, unless the error affects the Petitioner's

1

1  substantial rights.  *Cal. Penal Code* § 1259; *People v. Anderson*, 152 Cal. App. 4th 919, 927

2  (2007) (citing *People v. Flood*, 18 Cal. 4th 470, 482 n.7 (1997)).  A Petitioner's substantial rights

3  are affected when an instructional error leads to a miscarriage of justice under *People v. Watson*.

4  *People v. Anderson*, 152 Cal. App. 4th 919, 927 (Cal. Ct. App. 2007).  A miscarriage of justice

5  occurs when the court, after an examination of the entire case, including the evidence, feels that

6  it is reasonably probable that a result more favorable to the appealing party would have been

7  reached in the absence of the error.  *People v. Watson*, 46 Cal. 2d 818, 836 (1956).

## CONCLUSION

In accordance with the above, The parties are directed to file, on or before March 3, 2008, simultaneous briefs of no more than ten pages, discussing whether Grounds I and III of Petitioner's petition are procedurally defaulted under the standards discussed above.

/////

DATED: February 4, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation