IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOUT SAECHAO,

    Petitioner,                    No. CIV S-03-1433 ALA HC

    vs.

D.L. RUNNELS, Warden, et al.,      ORDER

    Respondents.

_____/

    Petitioner Tout Saechao's is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 5, 2008, this court ordered petitioner to submit additional briefing. On February 27, 2008, petitioner filed a motion for an enlargement of time. In that motion, petitioner informed the court that several of his legal documents were lost as a result of a prison transfer. Petitioner has requested copies of documents necessary to complete the additional briefing. Good cause appearing, petitioner's motion and request will be granted.

/////

    Therefore, IT IS HEREBY ORDERED that:

    1. Petitioner's motion for an extension of time is granted;

    2. Petitioner shall file his response to the court's February 5, 2008, order within twenty-

1

1 | one (21) days of the date of this order; and

2 |     3. The clerk of the court is directed to send petitioner:

3 |         a. Respondent's November 17, 2003, answer;

4 |         b. Petitioner's January 7, 2004, traverse; and

5 |         c. A copy of the current docket sheet.

6 | /////

7 | DATED: February 29, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation