IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOUT SAECHAO,

    Petitioner,                           Case No.2:03-cv-01433 ALA (HC)

    vs.

D.L. RUNNELS, Warden,               <u>ORDER</u>

    Respondent.

_____/

    Petitioner Tout Saechao is a state prisoner who proceeded *pro se* and *in forma pauperis* with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 21, 2008, Petitioner filed a motion requesting the appointment of counsel to represent him on appeal. (Doc. 29).

    18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case "if the interest of the case so require." *See* Rule (8)(c), Fed. R. Governing § 2254 Cases. IT IS HEREBY ORDERED that Petitioner's motion for the appointment of counsel on appeal is DENIED without prejudice, and may be renewed before the Court of Appeals.

/////

DATED: May 23, 2008                /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation